■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN DAVIS, Appellant. [684 NYS2d 886] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 1996 (*People v Davis,* 224 AD2d 541), affirming a judgment of the County Court, Nassau County, rendered April 11, 1994.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSE DAVIS, Appellant. [684 NYS2d 799] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered June 6, 1995, convicting him of hindering prosecution in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Ross,* 238 AD2d 609). Moreover, the resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Miller, J. P., Thompson, Friedmann and Florio, JJ., concur.